# Court of Appeals
# of the State of Georgia

ATLANTA,  June 10, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1477.  TONI FURMAN v. CENLAR FSB.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Toni Furman appealed to the superior court.[1] The superior court also ruled in favor of plaintiff Cenlar FSB, and Furman filed this direct appeal from the superior court's order.  We lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, Furman was required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Furman's failure to follow this procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/10/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*

---

[1] This was actually Furman's second appeal from the same magistrate court decision.  In the first appeal, the superior court issued a writ of possession to Cenlar. Furman did not seek review of that superior court decision in this Court.